**Electronically Filed
Supreme Court
SCPW-25-0000494
27-MAY-2026
07:53 AM
Dkt. 28 ODDP**

SCPW-25-0000494

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN RE CAMERON NICE AND MARTHA NICE

---

ORIGINAL PROCEEDING
(CASE NOS. 5CCV-22-0000027; 5CCV-24-0000097)

ORDER DENYING PETITION
(By: McKenna, Acting C.J., Eddins, and Ginoza, JJ., and
Circuit Judge Remigio, in place of Devens, C.J., recused,
and Circuit Judge Hamman, assigned by reason of vacancy)

Upon consideration of Petitioners filings herein seeking a petition for writ of mandamus, and the record, Petitioners have not demonstrated a clear and indisputable right to relief. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawai'i 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED: Honolulu, Hawai'i, May 27, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Catherine H. Remigio

/s/ Kirstin M. Hamman

